◈PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

FILED

10 MAR 22 AM 9:37

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

UNITED STATES OF AMERICA

v.                                          Crim. No.  06CR02532-001-GT

Christian Fabian RODRIGUEZ

On _____March 23, 2007_____ the above named was placed on probation/supervised release for a period of __3__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

Deputy Chief Probation Officer
Trisha K. Yamauchi

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from and that the proceedings in the case be terminated.

Dated __18th__ day of __March__, 2010

Senior U.S. District Judge
The Honorable Gordon Thompson, Jr.